**Order entered September 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01575-CV

**WILLIAM T. DICKSON, Appellant**

**V.**

**BNSF RAILWAY COMPANY AND FELLERS SNIDER BLAKENSHIP BAILEY & TIPPENS, P.C., Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC 12-02048**

## ORDER

We **GRANT** appellant William T. Dickson's motion to extend time to file reply brief to appellee BNSF Railway Company's brief and **ORDER** the brief tendered to the Clerk of the Court September 16, 2015, filed as of the date of this order.

/s/    ELIZABETH LANG-MIERS
        PRESIDING JUSTICE